1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                        EASTERN DISTRICT OF CALIFORNIA

10

11  CLARENCE RAMIREZ,                )    1:06-cv-01153-OWW-SMS-HC
                                     )
12          Petitioner,              )    **ORDER ADOPTING FINDINGS AND**
                                     )    **RECOMMENDATIONS** (Doc. 5)
13  v.                               )
                                     )    **ORDER DISMISSING PETITION**
14  DARRELL ADAMS,                   )    **FOR WRIT OF HABEAS CORPUS**
                                     )
15          Respondent.              )    **ORDER DIRECTING CLERK TO**
    _____    )    **ENTER JUDGMENT**

16

17       Petitioner is a state prisoner proceeding pro se with a

18  Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254.

19       On October 11, 2006, the Magistrate Judge filed Findings and

20  Recommendations that the petition for writ of habeas corpus be

21  DISMISSED as it does not allege grounds that would entitle

22  Petitioner to habeas corpus relief.  These Findings and

23  Recommendations were served on all parties and contained notice

24  that any objections were to be filed within thirty (30) days from

25  the date of service of that order.  To date, the parties have not

26  filed objections to the Magistrate Judge's Findings and

27  Recommendations.

28  //

                                     1

1    In accordance with the provisions of 28 U.S.C. § 636

2  (b)(1)(C), this Court has conducted a *de novo* review of the case.

3  Having carefully reviewed the entire file, the Court concludes that

4  the Magistrate Judge's Findings and Recommendations are supported

5  by the record and proper analysis.

6    Accordingly, IT IS HEREBY ORDERED that:

7    1.   The Findings and Recommendations, filed October 11, 2006,

8  are ADOPTED IN FULL;

9    2.   The petition for writ of habeas corpus is DISMISSED as it

10 does not allege grounds that would entitle Petitioner to habeas

11 corpus relief; and,

12    3.   The Clerk of Court enter judgment.

13 IT IS SO ORDERED.

14 **Dated:    December 3, 2006**                **/s/ Oliver W. Wanger**
   emm0d6                                UNITED STATES DISTRICT JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28